**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                          CHAPTER 13 NO.:

LOUISE DARRELL HARPER, SR. AND
BETTY DENISE HARPER                                        19-03880 – JAW

**ORDER GRANTING TRUSTEE'S MOTION FOR**
**DETERMINATION OF FINAL CURE AND PAYMENT**
**OF ALL POST-PETITION PAYMENTS**

       THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments (DK #____); and the Court orders as follows:

       THAT, no response has been timely filed herein.

       THAT, the Movant represented to the Court that the Motion was served in accordance with all applicable rules.

       THAT, pursuant to Federal Bankruptcy Rule 3002.1(d) the Trustee filed his Notice and thereafter a Motion that the amount required to cure the default due to U.S. Bank Trust National Association has been paid in full.

       THAT, U.S. Bank Trust National Association was given proper notice for filing any responses and for a hearing date set on said matter.

       THAT, Trustee's Motion for Determination of Final Cure and Payment of All Post Petition Payments that the creditor's pre-petition arrears claim has been paid in full and that all post-petition payments are deemed current through February 2025.

       IT IS THEREFORE ORDERED that Section 1322(b)(5) claim due to U.S. Bank Trust National Association shall be deemed current through February 2025 and that all defaults in the claim shall be deemed cured.

       IT IS FURTHER ORDERED that the Debtors are hereby responsible for post-petition payments beginning March 1, 2025, in the amount of $1,615.74.

**##END OF ORDER##**

SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM