United States Bankruptcy Court
Southern District of Mississippi

In re:  
Louis Darrell Harper, Sr.  
Betty Denise Harper  
    Debtors

Case No. 19-03880-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2  
Date Rcvd: May 12, 2025      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Darrell Harper, Sr., Betty Denise Harper, 112 Northgate Dr, Canton, MS 39046-3159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5409542 | + | Email/Text: bkteam@selenefinance.com | May 12 2025 19:33:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For logsecf@logs.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 12, 2025 | Form ID: pdf012 | Total Noticed: 2 |

on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

James Eldred Renfroe

on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

John S. Simpson

on behalf of Creditor Veritas Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr

on behalf of Debtor Louis Darrell Harper Sr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Betty Denise Harper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

19-03880-JAW Dkt 77 Filed 05/14/25 Entered 05/14/25 23:34:00 Page 2 of 3

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 12, 2025 | Form ID: pdf012 | Total Noticed: 2 |

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                       CHAPTER 13 NO.:

LOUISE DARRELL HARPER, SR. AND
BETTY DENISE HARPER                                                                  19-03880 – JAW

**ORDER GRANTING TRUSTEE'S MOTION FOR**
**DETERMINATION OF FINAL CURE AND PAYMENT**
**OF ALL POST-PETITION PAYMENTS**

        THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments (DK # 75 ); and the Court orders as follows:

        THAT, no response has been timely filed herein.

        THAT, the Movant represented to the Court that the Motion was served in accordance with all applicable rules.

        THAT, pursuant to Federal Bankruptcy Rule 3002.1(d) the Trustee filed his Notice and thereafter a Motion that the amount required to cure the default due to U.S. Bank Trust National Association has been paid in full.

        THAT, U.S. Bank Trust National Association was given proper notice for filing any responses and for a hearing date set on said matter.

        THAT, Trustee's Motion for Determination of Final Cure and Payment of All Post Petition Payments that the creditor's pre-petition arrears claim has been paid in full and that all post-petition payments are deemed current through <u>February 2025.</u>

        IT IS THEREFORE ORDERED that Section 1322(b)(5) claim due to U.S. Bank Trust National Association shall be deemed current through February 2025 and that all defaults in the claim shall be deemed cured.

        IT IS FURTHER ORDERED that the Debtors are hereby responsible for post-petition payments beginning <u>March 1, 2025, in the amount of $1,615.74.</u>

**##END OF ORDER##**

SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM