**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**     Louis Darrell Harper, Sr.                                    Case No. 19-03880-JAW
              Betty Denise Harper, Debtors                                  Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:  /s/ Louis Darrell Harper, Sr.06-04-2025
        Louis Darrell Harper, Sr.Date

        /s/ Betty Denise Harper06-02-2025
        Betty Denise HarpeDate

        /s/ Thomas C. Rollins, Jr.06-04-2025
        Thomas C. Rollins, Jr., MS Bar No. 103469Date
        Attorney for the Debtors
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On June 4, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                            /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 19-03880 |
|---|---|
| LOUIS DARRELL HARPER, SR<br>BETTY DENISE HARPER | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/4/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 19-03880 |
| LOUIS DARRELL HARPER, SR | **CERTIFICATE OF SERVICE** |
| BETTY DENISE HARPER | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/4/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 19-03880<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED JUN 4 12-13-0 PST 2025 | (P)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 | ~~(U)US BANK TRUST NATIONAL ASSOCIATION~~ |
| | EXCLUDE | EXCLUDE |
| US BANK TRUST NATIONAL ASSOCIATION  NOT IN<br>ATTN BK DEPT  3501 OLYMPUS BLVD<br>DALLAS  TX 75019-6156 | ~~(U)VERITAS FEDERAL CREDIT UNION~~ | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| AARONS<br>PO BOX 100039<br>KENNESAW  GA 30156-9239 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 | CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | DIRECTV  LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | ENTERGY MISSISSIPPI<br>639 LOYOLA AVENUE<br>NEW ORLEANS  LA 70113-3125 |
| ENTERGY MISSISSIPPI  LLC<br>CO JON MAJEWSKI<br>CREDIT  COLLECTIONS<br>BLDG 1  L-JEF-359<br>4809 JEFFERSON HWY<br>JEFFERSON  LA 70121-3122 | FSNB NA<br>511 SW A AVE<br>LAWTON  OK 73501-3927 | FORT SILL NATIONAL BAN<br>511 SW A AVE<br>LAWTON  OK 73501-3927 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | JAMES ELDRED RENFROE<br>RENFROE  PERRILLOUX  PLLC<br>FOR TRUSTMARK NATIONAL BANK<br>648 LAKELAND EAST DRIVE  SUITE A<br>FLOWOOD  MS 39232-9574 | JOHN S SIMPSON<br>ATTORNEY FOR VERITAS FEDERAL CREDIT UNIO<br>SIMPSON LAW FIRM  P A<br>P O BOX 1410<br>RIDGELAND  MS 39158-1410 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MAGNOLIA FCU<br>240 BRIARWOOD DR<br>JACKSON  MS 39206-3027 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON  MS 39225-2808 |
| (P)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | NISSAN MOTOR ACCEPTANCE<br>POB 660366<br>DALLAS  TX  75266-0366 | NISSAN OF NORTH AMERIC<br>PO BOX 685001<br>FRANKLIN  TN 37068-5001 |
| | | EXCLUDE |
| PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER  UT 84020-2315 | SMITH ROUCHON<br>1456 ELLIS AVE<br>JACKSON  MS 39204-2204 | ~~(D)SMITH ROUCHON~~<br>~~1456 ELLIS AVE~~<br>~~JACKSON  MS 39204-2204~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ST DOMINIC HOSPITAL<br>PO BOX 24056<br>JACKSON   MS 39225-4056 | TEXAS GUARANTEED STD<br>PO BOX 83100<br>ROUND ROCK   TX 78683-3100 | TRELLIS COMPANY<br>PO BOX 83100<br>ROUND ROCK   TX 78683-3100 |
| ~~EXCLUDE~~<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | ~~EXCLUDE~~<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | US BANK TRUST NATIONAL ASSOCIATION<br>SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD  SUITE 500<br>DALLAS   TX 75019-6295 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON   DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON   MS 39201-5022~~ | VERITAS FEDERAL CREDIT UNION<br>PO BOX 2659<br>SMYRNA   TN 37167-2686 |
| BETTY DENISE HARPER<br>112 NORTHGATE DR<br>CANTON   MS 39046-3159 | ~~EXCLUDE~~<br>~~HAROLD J BARKLEY JR~~<br>~~PO BOX 4476~~<br>~~JACKSON   MS 39296-4476~~ | DEBTOR<br>LOUIS DARRELL HARPER SR<br>112 NORTHGATE DR<br>CANTON   MS 39046-3159 |

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON   MS 39236-3767~~