United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 19-03880-JAW
Louis Darrell Harper, Sr.     Chapter 13
Betty Denise Harper
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Jul 01, 2025     Form ID: 3180W     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Darrell Harper, Sr., Betty Denise Harper, 112 Northgate Dr, Canton, MS 39046-3159 |
| 4822323 | + | Entergy Mississippi, LLC, c/o Jon Majewski, Credit & Collections, Bldg. 1, L-JEF-359, 4809 Jefferson Hwy Jefferson, LA 70121-3122 |
| 4797848 | + | James Eldred Renfroe, Renfroe & Perrilloux, PLLC, for Trustmark National Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |
| 4790478 | + | Nissan of North Americ, PO Box 685001, Franklin, TN 37068-5001 |
| 4790482 | | St Dominic Hospital, PO Box 24056, Jackson, MS 39225-4056 |
| 4790487 | + | Veritas Federal Credit Union, P.O. Box 2659, Smyrna, TN 37167-2686 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkteam@selenefinance.com | Jul 01 2025 20:02:00 | U.S. Bank Trust National Association, Not In Its I, ATTN: BK Dept, 3501 Olympus Blvd., Dallas, TX 75019-6156 |
| 4790469 | + | Email/Text: bankruptcynotices@aarons.com | Jul 01 2025 20:02:00 | Aaron's, PO Box 100039, Kennesaw, GA 30156-9239 |
| 4790470 | + | EDI: CAPITALONE.COM | Jul 01 2025 23:59:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4797484 | + | EDI: AIS.COM | Jul 01 2025 23:59:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4790473 | | EDI: IRS.COM | Jul 01 2025 23:59:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4805432 | + | EDI: AIS.COM | Jul 01 2025 23:59:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4790471 | + | Email/Text: credit7@entergy.com | Jul 01 2025 20:02:00 | Entergy Mississippi, 639 Loyola Avenue, New Orleans, LA 70113-3125 |
| 4809744 | + | Email/Text: bankruptcy@fsnb.com | Jul 01 2025 20:02:00 | FSNB N.A, 511 SW A AVE, LAWTON, OK 73501-3927 |
| 4790472 | + | Email/Text: bankruptcy@fsnb.com | Jul 01 2025 20:02:00 | Fort Sill National Ban, 511 Sw A Ave, Lawton, OK 73501-3927 |
| 4790474 | + | Email/Text: ebone.woods@usdoj.gov | Jul 01 2025 20:02:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4812399 | | Email/Text: rboone@simpsonlawfirm.net | Jul 01 2025 20:02:00 | John S. Simpson, Attorney for Veritas Federal Credit Unio, Simpson Law Firm, P. A., P. O. Box |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 1410, Ridgeland, MS 39158-1410 |
| 4790476 | | EDI: MSDOR | Jul 01 2025 23:59:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4790475 | + | Email/Text: bankruptcy@magfedcu.org | Jul 01 2025 20:02:00 | Magnolia Fcu, 240 Briarwood Dr, Jackson, MS 39206-3027 |
| 4792489 | | EDI: MSDOR | Jul 01 2025 23:59:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 4790477 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 01 2025 20:02:00 | Nissan Motor Acceptanc, PO Box 78132, Phoenix, AZ 85062-8132 |
| 4796352 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 01 2025 20:02:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 4790479 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 01 2025 20:02:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 4790480 | + | Email/Text: Tracey@sra-inc.net | Jul 01 2025 20:02:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 4790485 | | Email/Text: bankruptcynotices@trustmark.com | Jul 01 2025 20:02:00 | Trustmark National, 248 E Capitol St, Jackson, MS 39201 |
| 4818436 | | Email/Text: bankruptcynotices@trustmark.com | Jul 01 2025 20:02:00 | Trustmark National Bank, P.O. Box 522, Jackson, MS. 39205 |
| 4790483 | + | Email/Text: bkyelectnotices@trelliscompany.org | Jul 01 2025 20:02:00 | Texas Guaranteed Std, Po Box 83100, Round Rock, TX 78683-3100 |
| 4790484 | + | Email/Text: bkyelectnotices@trelliscompany.org | Jul 01 2025 20:02:00 | Trellis Company, P.O. Box 83100, Round Rock, TX 78683-3100 |
| 5409542 | + | Email/Text: bkteam@selenefinance.com | Jul 01 2025 20:02:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 4790486 | ^ | MEBN | Jul 01 2025 19:57:00 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association |
| cr | | Veritas Federal Credit Union |
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 1928, BRANDON MS 39043-1928, address filed with court:, TRUSTMARK NATIONAL BANK, P O BOX 522, JACKSON, MS 39205-0522 |
| 4790481 | *+ | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: 3180W | Total Noticed: 30 |
| Date: Jul 03, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For logsecf@logs.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| James Eldred Renfroe | on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| John S. Simpson | on behalf of Creditor Veritas Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Louis Darrell Harper Sr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Betty Denise Harper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Louis Darrell Harper Sr.** | Social Security number or ITIN | xxx–xx–4818 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Betty Denise Harper** | Social Security number or ITIN | xxx–xx–1435 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   19–03880–JAW | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Louis Darrell Harper Sr.**
aka Louis D Harper, aka Louis Darrell Harper

**Betty Denise Harper**
aka Betty D Harper

Dated: 7/1/25

**By the court:**     /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                         **Chapter 13 Discharge**                         page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**